UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN B. GUSTAITIS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-CV-2787-X-BN |
| | § | |
| KRISTI NOEM, SECRETARY, DEPARTMENT OF HOMELAND SECURITY, ET AL., | § | |
| | § | |
| *Defendants*. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 23). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, the Court will **DISMISS WITH PREJUDICE** all of Gustaitis's claims.

**IT IS SO ORDERED** this 17th day of November, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE